# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JORDAN, | Case No. CV 11-5729 RGK (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| DOMINGO URIBE JR., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Grounds Two and Three of the First Amended Petition be dismissed.

DATE: November 29, 2012

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE